UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TIMOTHY A. WEIDE,

    Plaintiff,

v.                                           Case No. 12-CV-1042

DODGE CORRECTIONAL INSTITUTION,

    Defendant,

## ORDER

On October 11, 2012, plaintiff Timothy A. Weide filed a pro se complaint under 42 U.S.C. § 1983. He also filed a motion for leave to proceed in forma pauperis, but he did not provide a certified copy of his prison trust account statement for the six months prior to filing his complaint. The court sent a letter asking plaintiff for the statement, but the court still has not received plaintiff's trust account statement.

**IT IS THEREFORE ORDERED** that plaintiff shall file a certified copy of his prison trust account statement for the six motions prior to the filing of his complaint on or before **Friday, November 30, 2012**. Failure to submit the trust account statement will result in the denial of his motion for leave to proceed in forma pauperis.

Dated at Milwaukee, Wisconsin, this 6th day of November 2012.

                                                                s/ Lynn Adelman

                                                                 LYNN ADELMAN
                                                                 District Judge