UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TIMOTHY A. WEIDE,

    Plaintiff,

v.                                                        Case No. 12-CV-1042

DODGE CORRECTIONAL INSTITUTION,

    Defendant,

## ORDER

On November 26, 2012, I directed plaintiff Timothy A. Weide to forward the sum of $11.53 to the Clerk of Court within twenty-one days as an initial partial filing fee in this action. I advised plaintiff that, upon payment of this fee, I would determine whether this action can proceed in forma pauperis. To date, plaintiff has not paid the initial partial filing fee. From this failure to pay the initial filing fee, I infer that plaintiff no longer wants to prosecute this action. Therefore,

**IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS ALSO ORDERED** that a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 9th day of January, 2013.

                                                                                           s/ Lynn Adelman

                                                                                           LYNN ADELMAN
                                                                                           District Judge